UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 8:24-02651 ADS                                                                 Date: May 13, 2025

Title: *Asics America Corporation v. A&B Trading LLC, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE & OBEY COURT ORDERS**

Upon the parties' stipulations, the Court has issued four orders extending Defendants' deadline to answer the Complaint. (Dkt. Nos. 20, 24, 27, 29.) Defendants have not filed an answer, and the deadline to do so has passed. The Court orders the parties to show cause regarding the failure to prosecute the case and obey court orders. A written response must be filed by **May 19, 2025**, to discharge this Order.

**IT IS SO ORDERED.**

Initials of Clerk kh